Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ERIC ROSS BAER,<br><br>             Defendant. | No.  6:16-mj-053-MJS<br><br>**MOTION TO DISMISS AND VACATE INITIAL APPEARANCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the Initial Appearance currently set for August 9, 2016. The Government reached an alternative resolution with defendant.

Dated: July 27, 2016            NATIONAL PARK SERVICE


                                /S/ Matthew McNease_____
                                Matthew McNease
                                Acting Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Eric Ross Baer,* 6:16-mj-053-MJS, be dismissed, without prejudice, and the Initial Appearance scheduled for August 9, 2016, be vacated.

IT IS SO ORDERED.

Dated: July 28, 2016         /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE